# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
1/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   PLAINTIFF,<br><br>v.<br><br>KATELYN SKYE SEITZ,<br><br>                   DEFENDANT(S). | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 8:26-mj-00025-DUTY |

TO: ANY AUTHORIZED LAW ENFORCEMENT OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **KATELYN SKYE SEITZ** and bring him/her forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact, in violation of Title 18, United States Code, Section 111(a)(1).

REC: BY AUSA        [Detention] [To be set by Duty Judge]

January 11, 2026
Date

*Karen E. Scott*
THE HONORABLE KAREN E. SCOTT

Signature of Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):
62 CIVIC CENTER PLAZA, SANTA ANA CA 92701

| DATE RECEIVED<br>01/11/2026 | NAME AND TITLE OF ARRESTING OFFICER<br>R.J. ANGELES, SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>01/12/2026 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: WHITE | SEX: | HEIGHT: 5'2 | WEIGHT: 105 | HAIR: BRN | EYES: BRN | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: 11/11/1991 | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: 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 | | DRIVER'S LICENSE NO. E1514087 | ISSUING STATE CA |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|

**LAST KNOWN RESIDENCE:**
131 1/2 E UNION AVE
FULLERTON, CA 92832

**LAST KNOWN EMPLOYMENT:**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME:**
DHS FEDERAL PROTECTIVE SERVICE

**INVESTIGATIVE AGENCY ADDRESS:**
300 N LOS ANGELES ST, SUITE 2207
LOS ANGELES, CA 90012

**NOTES:**