TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CAITLIN J. CAMPBELL (Cal. Bar No. 324364)
Assistant United States Attorney
        411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
        Telephone: (714) 338-3541
        E-mail:    caitlin.campbell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                    v.<br><br>KATELYN SEITZ,<br><br>           Defendant. | No. 8:26-MJ-00025<br><br>ORDER CONTINUING FILING DATE FOR INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |

The Court has read and considered the Stipulation Regarding Request for Continuance of Filing Date for Information or Indictment Pursuant to the Speedy Trial Act, filed by the parties in this matter on February 2, 2026.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the deadline to file an indictment or information and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the return of an indictment or filing of an information

1

within the original thirty-day period; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The date that any indictment or information in this matter must be filed pursuant to 18 U.S.C. § 3161(b) is continued from February 11, 2026 to February 25, 2026.

2.    The current arraignment date of February 17, 2026 is hereby continued to March 2, 2026 at 10:00 a.m.

3.    The time period of February 11, 2026 to February 25, 2026, inclusive, is excluded in computing the time within which an indictment must be filed, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


 February 2, 2026                          *Karen E. Scott*
 DATE                                UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Caitlin J. Campbell*

 CAITLIN J. CAMPBELL
 Assistant United States Attorney

3