FILED
CLERK, U.S. DISTRICT COURT

02/12/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KATELYN SKYE SEITZ,<br><br>　　　　Defendant. | No. 8:26-cr-00021-FWS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer]<br><br>**[CLASS A MISDEMEANOR]** |
|---|---|

　　The United States of America charges:

[18 U.S.C. § 111(a)(1)]

　　On or about January 9, 2026, in Orange County, within the Central District of California, defendant KATELYN SKYE SEITZ, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with employees of the Federal Protective Service

//

//

while the employees were engaged in, and on account of, the performance of their official duties.

        TODD BLANCHE
        Deputy Attorney General

        BILAL A. ESSAYLI
        First Assistant United States Attorney

        /s/ *signatures*
        ALEXANDER B. SCHWAB
        Assistant United States Attorney
        Acting Chief, Criminal Division

        MARK P. TAKLA
        Assistant United States Attorney
        Chief, Orange County Office

        GREGORY S. SCALLY
        Assistant United States Attorney
        Deputy Chief, Orange County Office

        CAITLIN J. CAMPBELL
        Assistant United States Attorney
        Orange County Office